UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-00010 |
| | ) | JUDGE CAMPBELL |
| GAIL COOKE | ) | |

ORDER

By Order entered August 2, 2013 (Docket No. 54), the Court denied the Defendant's Motion To Correct Sentencing (Docket No. 51). On September 27, 2013, Defendant's Response To Government's Opposition To Plaintiff's Motion For Reduction Of Sentence (Docket No. 55) was filed on the docket. The Court has reviewed the Defendant's Response, and nothing stated therein alters the conclusions reached by the Court in its prior Order denying the Defendant's request for relief.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE