UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:10-00010 |
| | ) | JUDGE CAMPBELL |
| GAIL COOKE | ) | |

## ORDER

Pending before the Court is a letter from the Defendant (Docket No. 59) requesting recusal. There are no matters relating to the Defendant currently pending before this Court. In any event, the Defendant's filing fails to state any legitimate basis for recusal. See 28 U.S.C. § 455. I can be fair and impartial regarding matters relating to the Defendant. Accordingly, the Defendant's request for recusal is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE